# CONSENT TO JOIN FORM

1.  I Consent to be a party plaintiff in a lawsuit against Defendants Silverstar Delivery, Ltd. ("Silverstar") and Amazon.com LLC ("Amazon") and/or related entities in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  I hereby designate DiCello Levitt & Casey LLC and other attorneys with whom they associate to make decisions on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by the Court, or by any settlement, whether it is favorable or unfavorable.

3.  During the past three years there were occasions when I worked over 40 hours per week for Silverstar and/or Amazon and did not receive proper compensation for all my hours worked, including overtime pay and/or minimum wages. I also consent to join any other related action against Silverstar and/or Amazon or other potentially responsible parties to assert my claim and for this consent form to be filed in such action.

Date: 2/5/2018 _____

Signature: _____ (DocuSigned by: 6BCF055106C145A...)

Print Name: Aaron Smith _____

---

No information included below will be filed with the Court

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION**

Name: _____
    (first)             (middle)             (last)

Street Address: _____

City, State, Zip: _____

Home: _____ Work: _____ Cell: _____

Email: _____

Social Security Number: _____ Date of Birth: _____

Fax or Mail to:
   DiCello Levitt & Casey (Attn. Laura E. Reasons)
   7556 Mentor Avenue
   Mentor, OH 44060
   Fax: (440) 953-9138
   Email: lreasons@dlcfirm.com
   Telephone: (440) 953-8888