# EXHIBIT "B"

## CONSENT TO JOIN FORM

1. I Consent to be a party plaintiff in a lawsuit against Defendants Silverstar Delivery, Ltd. ("Silverstar") and Amazon.com, LLC and Amazon.com Services, Inc. ("Amazon") and/or related entities in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate DiCello Levitt & Casey LLC and other attorneys with whom they associate to make decisions on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by the Court, or by any settlement, whether it is favorable or unfavorable.

3. During the past three years there were occasions when I worked over 40 hours per week for Silverstar and/or Amazon and did not receive proper compensation for all my hours worked, including overtime pay and/or minimum wages. I also consent to join any other related action against Silverstar and/or Amazon or other potentially responsible parties to assert my claim and for this consent form to be filed in such action.

Date: 10/1/2018

Signature: *[DocuSigned by: 45F91969293640A...]*

Print Name: Norman