# EXHIBIT 2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

**AARON SMITH**, individually and on behalf
of all similarly situated individuals,

      Plaintiff,

         v.

**SILVERSTAR DELIVERY, LTD.,
AMAZON.COM, LLC**, and
**AMAZON.COM SERVICES, INC.**,

      Defendants.

Case No. 2:18-cv-10501-DML-RSW

Hon. David M. Lawson
Magistrate Judge R. Steven Whalen

## DECLARATION OF LAURA E. REASONS IN SUPPORT OF MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT AND PLAINTIFF'S ATTORNEYS' FEES AND COSTS

I, Laura E. Reasons, declare as follows:

1.      I am Senior Counsel in the law firm of DiCello Levitt & Casey LLC ("DLC") and counsel for Plaintiff Aaron Smith in the above-captioned matter. I have been in my role at DLC since in or around January 2018.

2.      I make this Declaration based on my own personal knowledge and if called upon as a witness to testify in this matter, I could and would testify competently thereto.

3.      Plaintiff's Counsel are highly qualified and experienced, and each have substantial credentials in federal courts and class and collective action litigation. Attached hereto as Exhibit A is a true and correct copy of the firm resume for DLC.

4.      I have been litigating wage and hour collective actions for approximately 10 years. Before I came to DLC, I worked on the defense side, where I represented employers in this type of case for most of my career.

5.      I am familiar with the work that I and other DLC attorneys and staff have performed on this matter.  I am also familiar with DLC's case management software and the reports that can be generated from the software.  In connection with preparing Plaintiff's Motion for Approval of Collective Action Settlement and Plaintiff's Attorneys' Fees and Costs, I reviewed reports generated from DLC's case management software detailing both the fees and costs incurred by Plaintiff during the course of the litigation.  I also reviewed an invoice provided by co-counsel Seymour Berger of the law offices of Seymour Berger, reflecting time spent by attorney Berger on this case.

6.      The following is a true and correct breakdown of attorneys and paralegals who worked on this case, the amount of time recorded by each individual, and each individual's hourly rate:

| Timekeeper | Rate | Time | Amt. Due |
|---|---|---|---|
| Adam J. Levitt | $975 | 0.7 hours | $647.50 |
| Kenneth P. Abbarno | $750 | 2.17 hours | $1,624.99 |
| Amy E. Keller | $700 | 5.0 hours | $3,500.00 |
| Laura E. Reasons | $650 | 170.15 hours | $110,597.50 |
| Mark M. Abramowitz | $525 | 5.5 hours | $2,887.50 |
| Justin Abbarno | $325 | 5.3 hours | $1,722.50 |
| Casey Edwards | $325 | 55.83 hours | $18,145.83 |
| Seymour Berger | $300 | 2.0 hours | $600 |
| Audrey Lebdjiri | $300 | 5.3 hours | $1,590.00 |
| Sharon Banks | $275 | .067 hours | $18.33 |

| Caitlin Seese | $250 | 1.85 hours | $462.50 |
| **Total:** | | **253.60   Hours** | **$141,796.65** |

7.      The following is a true and correct breakdown, by category, of the expenses incurred by DLC on Plaintiff's behalf in bringing this case:

| Expense | Amount Due |
| --- | --- |
| Filing/Court Fees | $1,357 |
| Travel | $918.21 |
| Legal Research | $7,946.60 |
| **Total:** | **$10,222.00** |

8.      As necessary, DLC could provide for inspection, the receipts and invoices relating to these expenses.

9.      I am familiar with or have access to information regarding the billing rates of the various DLC attorneys who worked on this case and, generally.  The named partners of DLC do not charge over $1,000 per hour.  For example, Adam Levitt, a founder and named partner of DLC, currently charges $975.00 per hour.

10.      At the time of the facilitation in this case, Plaintiff's Counsel had already incurred well over $50,000 of fees and costs.  However, counsel determined that it was appropriate to compromise their fee in the interest of reaching a settlement that was in the best interest of Plaintiff and the other putative collective action members.

11.      I entered into a retainer agreement with Plaintiff Aaron Smith on behalf of DLC for DLC to represent him in this matter.  DLC accepted this case and has represented Plaintiff on a purely contingent basis.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2018

s/ *Laura E. Reasons*

Laura E. Reasons (*pro hac vice*)
**DICELLO LEVITT & CASEY**
Ten North Dearborn Street,
Eleventh Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Fax: (312) 253-1443
lreasons@dlcfirm.com
*Attorney for Plaintiff*

# EXHIBIT A



| **Chicago** | **Cleveland** | **New York** |
|---|---|---|
| Ten North Dearborn Street | Western Reserve Law Building | 444 Madison Avenue |
| Eleventh Floor | 7556 Mentor Avenue | Fourth Floor |
| Chicago, Illinois 60602 | Mentor, Ohio 44060 | New York, New York 10022 |
| 312.214.7900 | 440.953.8888 | 646.933.1000 |

## DiCello Levitt & Casey LLC's Experience and Representative Cases

Representing institutional investors, public clients, businesses, and individuals, DiCello Levitt & Casey's ("DLC") attorneys have successfully prosecuted and settled numerous complex cases and class actions, resulting in billions of dollars in recoveries for their clients and other class members. Founders Mark DiCello, Adam Levitt, and James Casey lead a top-notch team of recognized leaders who share a collective depth of experience and steadfast commitment to justice. Their tireless advocacy on behalf of their clients is well-known, most recently leading Mike Bowers, Georgia's former Attorney General, to characterize a settlement obtained by Adam Levitt and Amy Keller a "work of art," and "one of the best pieces of legal work I have ever observed." *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC,* No. 16-cv-00012 (N.D. Ga.).

Based in Chicago and Cleveland with a nationwide practice, the firm's attorneys have successfully led—and are presently leading—many large class and multidistrict actions, including against industry titans such as Apple, Intel, General Motors, and Equifax, involving complex legal issues and sophisticated liability theories.

| REPRESENTATIVE MULTI-DISTRICT AND CLASS ACTION CASES | | |
|---|---|---|
| *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, No. 18-md-02828 (D. Or.) | Nationwide class action related to security flaws in Intel-manufactured CPUs. | Plaintiffs' Steering Committee |
| *In re Apple Inc. Device Performance Litigation*, No. 18-md-02827 (N.D. Cal.) | International class action concerning device performance throttling. | Plaintiffs' Executive Committee |
| *In re Polaris Marketing, Sales Practices, and Products Liability Litigation*, No. 18-0939 (D. Minn.) | Nationwide class action against off-road vehicle manufacturer related to design defects impacting driver safety. | Co-Lead Counsel |
| *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 17-MD-02800 (N.D. Ga.) | Data breach affecting 145.5 million people. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit brought by state attorney general involving defective and dangerous airbags. | Counsel by Special Commission |
| *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga.) | Card processing fee class action resulting in nationwide settlement of $52 million. | Co-Lead Counsel |
| *Sloan v. General Motors LLC*, No. 16-cv-07244-EMC (N.D. Cal.) | Excessive oil consumption defect class action. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit related to corporation's use of defeat device to circumvent state consumer and environmental laws. | Counsel by Special Commission |
| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, No. 15-md-2672 CRB (JSC) (N.D. Cal.) | Vehicle emissions/defeat device class action litigation resulting in over $16 billion in total settlements for consumers. | Plaintiffs' Steering Committee |

| | | |
|---|---|---|
| *In re General Motors LLC Ignition Switch Litigation*, No. 14-md-2542 (S.D.N.Y.) | Ignition switch defect class action. | Executive Committee |
| *In re Navistar MaxxForce Litigation*, No. 14-cv-5249 (N.D. Ill.) | Nationwide truck emissions control system defect class action. | Co-Lead Counsel |
| *In re Adobe Systems, Inc. Privacy Litigation*, No. 13-cv-05226 (N.D. Cal.) | Data breach affecting 38 million customer accounts. | Executive Committee |
| *Roberts v. Electrolux Home Products, Inc.*, No. 12-cv-1644 CAS (C.D. Cal.) | Defective dryer class action resulting in $35.5 million nationwide settlement. | Co-Lead Counsel |
| *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2284 (E.D. Pa.) | Tree and shrub damage from defective herbicide class action resulting in $550 million settlement. | Co-Lead Counsel |
| *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-02258 (S.D. Cal.) | Data breach case affecting 77 million accounts. | Co-Lead Counsel |
| *In re Michaels Stores Pin Pad Litigation*, No. 11-C-3350 (N.D. Ill.) | Data breach lawsuit concerning compromised payment information. | Co-Lead Counsel |
| *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.) | Biotechnology class action concerning contamination of U.S. corn supply with unapproved genetically modified trait resulting in $110 million settlement. | Co-Lead Counsel |
| *In re Genetically Modified Rice Litigation*, MDL No. 1811 (E.D. Mo.) | Biotechnology mass tort concerning contamination of U.S. rice supply resulting in aggregate settlements exceeding $1.1 billion. | Co-Lead Counsel |
| *In re Porsche Cars Plastic Coolant Tubes Litigation*, MDL No. 2233 (S.D. Ohio) | Nationwide class action involving defective engine coolant tubes resulting in $45 million settlement. | Co-Lead Counsel |
| *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass.) | False advertising class action resulting in $25 million, non-reversionary settlement fund. | Class Counsel |
| *In re Pharmatrak, Inc. Privacy Litigation*, No. 00-11672 (D. Mass.) | Internet privacy lawsuit related to collection of personal information without consent. | Co-Lead Counsel |
| *In re DoubleClick, Inc. Privacy Litigation*, No. 00-civ0641 (S.D.N.Y.) | Internet privacy class action. | Class Counsel |
| *Supnick v. Amazon.com, Inc.*, No. C00-0221P (W.D. Wash.) | Internet privacy lawsuit related to installation of tracking software. | Co-Lead Counsel |

**DiCello Levitt & Casey LLC's Experienced Roster of Attorneys**

Acknowledged as Super Lawyers and Leading Lawyers by Law Dragon, and AV-Rated by Martindale-Hubbell, the attorneys of DLC are recognized as best in their field by prominent legal publications. In addition, DLC's attorneys have been included in the Law Bulletin's 40 Under 40 award, National Trial Lawyers 40 Under 40 list, and the *Best Lawyers in America* publication.

Beyond recognition from legal publications, DLC's attorneys have contributed to the legal community through scholarship and speaking engagements, including as a panelist for the Women's Bar Association of Illinois, testifying before the Illinois Supreme Court Rules Committee on class action practice, and chairing an annual class action litigation conference in Chicago.



**Adam J. Levitt**
Partner

EMAIL:
alevitt@dlcfirm.com

EDUCATION
Northwestern University Law School, J.D.

Columbia College, Columbia University, A.B., *magna cum laude*

*Adam operates one of the nation's leading commercial litigation practices, having achieved billions in recoveries for his clients.*

A founding partner of DiCello Levitt & Casey, Adam Levitt is one of the nation's leading advocates for plaintiffs in class action, public client, mass tort, and commercial litigation. He has extensive experience leading multidistrict and other nationwide class action lawsuits, with a substantial focus on deceptive trade practices and new approaches to complex legal issues.

A leader in the field of developing novel approaches to damages methodologies in agriculture and environmental litigation, Mr. Levitt has recovered billions of dollars for clients and class members. As co-lead counsel in three of the largest biotechnology class actions in history, he recovered more than $1.7 billion for class members: *In re Genetically Modified Rice Litig.* (E.D. Mo.) (securing settlements exceeding $1.1 billion); *In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.) ($550 million settlement); and *In re StarLink Corn Products Liability Litig.* (N.D. Ill.) ($110 million settlement). In those cases, Mr. Levitt devised the market loss damages model used in every similar case since *StarLink*. His legal writing related to these novel theories and damages modeling earned Mr. Levitt the Burton Award for Finest Law Firm Writer (2017) and the American Agricultural Law Association's Professional Scholarship Award (2017).

A trusted partner in public client litigation, Mr. Levitt has represented the New Mexico Office of the Attorney General in two recent cases, including against Volkswagen for the use of "defeat devices" in its automobiles to circumvent state consumer protection and environmental laws, and against over a dozen vehicle manufacturers related to the installation and use of dangerous and defective airbags. *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America, Inc., et al.* (Santa Fe 1st Jud. Dist., N.M.) and *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation, et al.* (Santa Fe 1st Jud. Dist., N.M.).

Understanding the importance of environmental policy, and the interplay between state consumer laws and standards set by governmental agencies, Mr. Levitt plays a key role as co-lead counsel in a class action lawsuit involving a company's failure to comply with emissions standards, and adopting failed technology that ultimately hurt consumers. *In re Navistar Maxxforce Engines, Sales Practices and Products Liability Litig.* (N.D. Ill.). Mr. Levitt's appointment in that case came on the heels of recovering over $16 billion in total settlements for consumers in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig.* (N.D. Cal.) as a member of the Plaintiffs' Steering Committee. Mr. Levitt has also served in leadership positions in a number of other cases, including *In re Polaris Mktg., Sales Practices, and Prods. Liab. Litig.* (D. Minn.) (Co-Lead Counsel); *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation* (D. Or.) (Steering Committee); and *In re General Motors LLC Ignition Switch Litig.* (S.D.N.Y.) (Executive Committee).

Nationally recognized as an authority on class action litigation, Mr. Levitt is the President of Class Action Trial Lawyers, an elected member of the American Law Institute and the Economic Club of Chicago and serves on advisory boards for the Duke Law Center for Judicial Studies, the American Constitution Society, and the Institute for Consumer Antitrust Studies.

**Adam J. Levitt,**
*continued*

**PRACTICE AREAS**

- Antitrust Litigation
- Appellate Litigation
- Commercial Litigation
- Class Action Litigation
- Product Liability Litigation
- Public Client Litigation
- Securities Litigation

**HONORS**

- Burton Award, Finest Law Firm Writer (2017)
- "AV" rating, Martindale-Hubbell
- Super Lawyer: Class Actions & Mass Torts, Illinois (2012-present)
- 500 Leading Lawyers in the U.S., Lawdragon (2011)
- Litigator of the Week, American Lawyer (2011)

**SELECTED WRITINGS AND PRESENTATIONS**

**Law review articles**

- *The Gift That Keeps on Giving:  Price Overhang Damages in Commodity Crop Cases*, 51 Val. U. L. Rev. 375 (2017) (co-authored with Russell L. Lamb)
- *Agricultural "Market Touching": Modernizing Trespass to Chattels in Crop Contamination Cases*, 38 U. Haw. L. Rev. 409 (2016) (co-authored with Nicole Negowetti)
- *CAFA and Federalized Ambiguity: The Case for Discretion in the Unpredictable Class Action*, 120 Yale L.J. Online 231 (2011)

**Other recent writings**

- *March of the Machines – Robotic Vehicles and the Changing Landscape of Motor Vehicle Liability*, TRIAL, Vol. 53, No. 2 (2017)
- *The Volkswagen Emissions Scandal: What's Next?*, TRIAL, Vol. 52, No. 2 (2016)
- *Volkswagen Scandal is Perfect Fit for a Damages Class Action*, Portfolio Media (Law360) (September 2015)

**Recent notable presentations**

- *Analysis and Application of the Ninth Circuit's* Briseño v. ConAgra *Opinion*, Rapid Response: Analysis of the Ninth Circuit Rejection of Ascertainability Webinar (2017)
- *Criteria for Approving Class Action Settlements*, The Duke Law Center for Judicial Studies – Class Action Settlement Conference (2016)
- *Proving Class-Wide Damages After Comcast in Consumer Products Class Actions*, AAJ Summer Conference (2016)

**ADMISSIONS**

- United States Supreme Court
- United States Courts of Appeals for the First, Second, Third, Seventh, Eighth, Ninth, Eleventh, and Federal Circuits
- United States District Courts for the District of Colorado; Northern, Central, and Southern Districts of Illinois; Northern District of Indiana; Eastern District of Michigan; District of Nebraska; Eastern and Northern Districts of Texas; and the Western District of Wisconsin
- Illinois, New York



**Greg Gutzler**
Of Counsel

EDUCATION
University of Michigan Law
School, J.D.

University of California, Berkeley,
B.A.

*Greg Gutzler is a well-known and well-respected litigator, having represented both large, corporate clients and consumers in some of the largest cases in the country.*

Mr. Gutzler is an experienced trial lawyer with a proven record of results handling all aspects of complex commercial litigation, including securities litigation, antitrust claims, Lanham Act litigation, patent license disputes, and patent infringement trials, as well as breach of contract and unfair competition litigation.  He represents Fortune 100 companies, individuals, and governmental entities in complex lawsuits across the country.

Mr. Gutzler is currently litigating over a dozen high-profile securities actions against international investment banks for misrepresentations made to investors in connection with billions of dollars of residential mortgage-backed securities.  Mr. Gutzler also represents victims of terrorism in innovative actions brought under the Anti-Terrorism Act.

Before joining the firm, Mr. Gutzler was a partner at one of the nation's most prestigious plaintiffs' firms.  Prior to that, Mr. Gutzler was a partner at a large defense firm, trying a variety of lawsuits while serving in various leadership roles.  Mr. Gutzler was trial counsel for a leading biotechnology company in antitrust, patent infringement, breach of contract and unfair competition trials. He also has extensive experience in the energy and pharmaceuticals sectors.

Mr. Gutzler was a member of the trial team that won a $1 billion jury verdict on behalf of Monsanto in *Monsanto Co. v. E.I. duPont de Nemours & Co.*, the fourth largest patent infringement jury verdict in U.S. history.  The verdict was also recognized as the number three verdict in *The National Law Journal's* Top 100 Verdicts of 2012, and was featured as the cover story in the Spring 2013 *Am Law* Litigation supplement.  In addition, Mr. Gutzler was a recipient of the 2013 *Missouri Lawyers Award* for biggest plaintiffs' verdict.

**PRACTICE AREAS**
- Antitrust Litigation
- Appellate Litigation
- Class Action Litigation

**HONORS**
- Missouri Lawyers Award for Biggest Plaintiffs' Verdict (2013)
- Benchmark Litigation Local Litigation Star (2012)

**ADMISSIONS**
- Missouri, Illinois, New York



**John E. Tangren**
Partner

EMAIL:
jtangren@dlcfirm.com

EDUCATION
University of Chicago Law School, J.D.

University of Chicago, B.A.

*John has gained widespread recognition as an extraordinary attorney with particular success in nationwide consumer and antitrust class actions.*

John Tangren maintains a national practice in antitrust and consumer class action litigation, with vast experience in the field of automotive defect litigation. Mr. Tangren—who has spent the last decade advocating for plaintiffs—is presently leading DLC's efforts in three nationwide class cases: *Sloan v. Gen. Motors LLC* (N.D. Cal.), *In re Polaris Mktg., Sales Practices, and Prods. Liab. Litig.* (D. Minn.), and the current Fourth Circuit appeal in *Belville v. Ford Motor Co.*, where he will argue on behalf of a national team of plaintiffs' counsel from twenty different firms.

Mr. Tangren always takes a "deep dive" into both the legal and technical aspects of each of his cases. For example, he shined a light on Ford Motor Company's blatant misrepresentation and abuse of discovery when he led a briefing effort on a motion to suppress plaintiffs' ability to accurately review Ford's source code. *Johnson v. Ford Motor Co.* (S.D. W. Va.). The district court granted the motion for relief related to Ford's discovery misconduct, and Ford was consequently ordered to pay nearly half a million dollars to recompense Plaintiffs' costs and fees relating to the discovery misconduct.

Mr. Tangren has also successfully represented consumer plaintiffs on the appellate level. He played a significant role in the briefing for two impactful Seventh Circuit decisions in the class action field: *Messner v. Northshore University HealthSystem*, 669 F.3d 802 (7th Cir. 2012), which reversed the district court's denial of class certification and has been cited in over 400 cases since then for its guidance regarding class certification; and *In re Text Messaging Antitrust Litigation*, 630 F.3d 622 (7th Cir. 2010), which was decided on the briefs in an opinion written by Judge Posner. In both cases, Mr. Tangren crafted successful narratives regarding highly technical facts (in the health care and cellular services contexts) and applied them to complex areas of law (the sufficiency of complaint allegations and class certification showings in antitrust cases) in such a way as to demonstrate to the appeals court why the consumer plaintiffs should carry the day.

Among other recognition, he has been named a class action *Super Lawyer* in Illinois for his effective representation of consumer classes in automotive and other cases, was named by the National Trial Lawyers as a "Top 40 Under 40" attorney in 2012, and an Emerging Lawyer by the Law Bulletin Publishing Company. Mr. Tangren is frequently asked to speak on topics relating to class action litigation. He has presented "CAFA: 12 Years Later" at the Chicago Bar Association Class Action Committee Meeting (2017) and a 2018 Strafford CLE Webinar titled "Class Action Litigation: Avoiding Legal Ethics Violations and Malpractice Liability," as well as presented on electronic discovery and topics relating to car defect cases.

**John E. Tangren,**
*continued*

PRACTICE AREAS
* Antitrust Litigation
* Appellate Litigation
* Class Action Litigation
* Product Liability Litigation

**HONORS**
* Super Lawyer: Class Actions & Mass Torts, Illinois (2017-2018)
* Super Lawyer: Rising Star, Illinois (2011, 2013-2016)
* Emerging Lawyer, *Law Bulletin Publishing Company* (2015-2018)
* National Trial Lawyers, Top 40 Under 40 (2012)

**SELECTED WRITINGS AND PRESENTATIONS**
* *Class Action Litigation: Avoiding Legal Ethics Violations and Malpractice Liability*, Strafford CLE Webinar (2018)
* *CAFA: 12 Years Later*, Chicago Bar Association Class Action Committee (2017)
* *The Use of Absent Class Member Discovery on Issues of Class Certification*, National Consumer Class Action Litigation & Management Conference (2013)
* *ESI For Beginners*, Seventh Circuit Conference of the National Employment Lawyers Association (2013)
* *Lessons on Motions to Dismiss from Other Car Defect Cases*, HarrisMartin MDL Conference: General Motors Ignition Switch Recall Litigation (2014)

**ADMISSIONS**
* United States Supreme Court
* United States Courts of Appeals for the Fourth, Seventh, Eighth, and Ninth Circuits
* United States District Courts for the District of Colorado; Northern District of Illinois; and Eastern District of Michigan.
* Illinois



**Amy Keller**
Partner

EMAIL:
akeller@dlcfirm.com

EDUCATION
John Marshall Law School, J.D.

University of Michigan, B.A.

*Amy is a SuperLawyers Rising Star, developing a national profile in consumer protection litigation.*

Amy Keller has experience successfully litigating a variety of class action cases in leadership positions across the United States. Recently, Ms. Keller was appointed to serve as co-lead counsel in the pending nationwide litigation against Equifax related to its 2017 data breach. In that case, Ms. Keller represents over 147 million class members. *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 17-MD-02800 (N.D. Ga.). As the recently-appointed Co-Chair of Law and Briefing on the Plaintiffs' Executive Committee in *In re: Apple Inc. Device Performance Litigation* (N.D. Cal.), Ms. Keller employed her technical savviness in directing an effort to craft a nationwide and international consolidated complaint. Ms. Keller's numerous other leadership positions have also required sophistication in not only understanding complex theories of liability, but also presenting multifaceted damages methodologies to ensure a favorable result to class members. *See, e.g., Gengler v. Windsor Window Company, et al.*, No. 16-cv-00180 (E.D. Wis.) (plaintiffs' steering committee; case resulted in nationwide settlement); *Catalano v. BMW of North America, LLC, et al.*, No. 15-cv-04889 (S.D.N.Y.) (interim settlement counsel for nationwide settlement providing repair and replacement of certain electrical parts in automobiles); *Roberts, et al. v. Electrolux Home Prods., Inc.*, No. 12-cv-01644 (C.D. Cal.) (co-lead settlement counsel in nationwide settlement benefitting owners of certain allegedly-defective clothes dryers).

Ms. Keller's expertise spans a wide variety of practice areas and topics—including benefit of the bargain analysis and consumer protection. See *Grasso, et al. v. Electrolux Home Prods., Inc.*, No. 16-cv-00911 (M.D. Fla.). Ms. Keller's experience also extends to the development of briefing and strategy at the district and appellate court level concerning ascertainability of class members in consumer class actions, complex personal jurisdiction challenges in multi-state cases, the use of conjoint analysis in determining damages, and the enforceability of arbitration clauses in consumer contracts. See, e.g., *Conagra Brands, Inc. v. Briseno, et al.*, 138 S. Ct. 313 (2017); *Bell v. PNC Bank, Nat. Ass'n*, 800 F.3d 360 (7th Cir. 2015); and *Elward v. Electrolux Home Prods., Inc.*, No. 15-cv-09882 (N.D. Ill.).

As a two-time chair of the Chicago Bar Association Class Action Committee, Ms. Keller gave a number of presentations on topics impacting large-scale consumer class actions, including presentations on emerging legal issues in technology and privacy matters and in consumer cases. Chicago Bar Association Class Action Committee Winter Seminar, Class Actions and the Trump Administration (2017); Women's Bar Association of Illinois, Panel on Emerging Issues in Privacy and Technology Law (2017); Perrin Class Action Litigation Conference, Current Trends in Product Liability Class Action Litigation (2016); Chicago Bar Association, 2015 Annual Spring Seminar on Class Action Litigation (2015).

Ms. Keller has been recognized by Illinois Super Lawyers for the past two years as a "Rising Star," and currently serves as a board member of Public Justice, a not-for-profit legal advocacy organization protecting consumers, employees, civil rights, and the environment. In 2018, Ms. Keller was named as a *National Law Journal* Plaintiff Trailblazer, and a one of the "Top 40 Under 40" trial lawyers in Illinois by National Trial Lawyers. Ms. Keller is also a writer for the Chicago Bar Association's "Bar Show," where she sings and dances in the show, as well.

**Amy Keller,**
*continued*

**PRACTICE AREAS**

- Antitrust Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Food Labeling Litigation
- Employment Litigation

**HONORS**

- Super Lawyer: Rising Star, Illinois (2016-2018)
- National Trial Lawyers, Top 40 Under 40 (2018)
- Plaintiff Trailblazer, *National Law Journal* (2018)

**SELECTED WRITINGS AND PRESENTATIONS**

- *Class Actions and the Trump Administration*, Chicago Bar Association Class Action Committee Winter Seminar (2017)
- *Emerging Issues in Privacy and Technology Law*, Women's Bar Association of Illinois (2017)
- *Current Trends in Product Liability Class Action Litigation*, Perrin Class Action Litigation Conference in Chicago, Illinois (2016)
- *A Funny Thing Happened on the Way to the Forum: When to Choose Federal Over State Court*, American Bar Association Section of Litigation Annual Conference in Chicago, Illinois (2016)
- Chicago Bar Association 2015 Annual Spring Seminar on Class Action Litigation in Chicago, Illinois (2015)
- *Circuit Court Update, ABA Section of Labor and Employment Law*, 6th Annual Section Conference in Coronado, California (2013)
- *Preemptive Collateral Estoppel Blocks Consumer Class Action in Thorogood*, CADS Report, Vol. 21, Winter 2011 (Co-authored by associate Dawn M. Goulet)
- *The Criminal Law Edit, Alignment and Reform Initiative: A Symposium on the New Criminal Code*, 41 J. MARSHALL L. REV. 610-935 (Spring 2008) (as Chair of the Symposium)

**ADMISSIONS**

- United States Courts of Appeals for the Third, Seventh, Eighth, and Ninth Circuits
- United States District Courts for the Northern District of Florida, Southern District of Florida, Northern District of Illinois, Southern District of Illinois, District of Nebraska, Eastern District of Michigan, Western District of Michigan
- Illinois, Michigan



**Mark M. Abramowitz**
Associate

EDUCATION
The University of Toledo College of Law, J.D.

University of Guelph, B.A.

***Mark is an emerging leader in national mass tort and technology litigation.***

Mark M. Abramowitz has established a national profile in class action and mass tort litigation, having represented plaintiffs in actions involving automotive and Internet technology issues.  He has been selected to serve on national discovery review teams and participated in national mediations, resolving hundreds of cases and distributing millions of dollars to clients injured by corporations.  *See In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.).

Outside of his own cases, Mr. Abramowitz actively investigates ways to integrate technology into the practice of law.  Regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning the storage and security of data, Mr. Abramowitz is developing a reputation as an authority on computing issues.  *See Electronics in the Courtroom*, 29th Annual accredited CLE (2016); *How to manage a mass tort inventory*, OAJ Annual Convention (2015); *Professional Conduct – efiling*, 27th Annual CLE Update (2014); *Marketing & Electronic Communications*, 26th Annual Accredited CLE (2013).



**Daniel R. Ferri**
Associate

EDUCATION
University of Illinois College of Law, J.D., *magna cum laude*

New York University, B.A., *cum laude*

***Daniel litigates consumer class actions, public client cases, and other complex commercial lawsuits.***

Mr. Ferri focuses his practice on national and statewide consumer class action litigation. Among other recent class action engagements, he has represented plaintiffs asserting class claims against Volkswagen arising from the carmaker's installation of "defeat devices" to evade federal and statewide emissions standards.

Apart from the class action context, he has successfully represented inventors and companies in intellectual property disputes throughout the country.



**Adam Prom**
Associate

EDUCATION
The University of Texas Law
School, J.D.

Marquette University, B.A.

*A zealous advocate for consumers in complex class actions, Adam employs his skills as a young trial attorney to achieve favorable results for his clients.*

Beyond his frequent trial work in the Circuit Court of Cook County, Law Division, Adam Prom's practice is focused on representing plaintiffs in complex litigation in federal courts throughout the country.

He has been deeply involved in nationwide class actions regarding the use of sophisticated damages modeling in consumer product and vehicle defect lawsuits, where he played a key role in motion practice regarding plaintiffs' expert witnesses, class certification, and summary judgment. *See, e.g., Elward, et al. v. Electrolux Home Products, Inc.* (N.D. Ill.); *Ryseweyk, et al. v. Sears Holdings Corp., et al.* (N.D. Ill.); and *Catalano, et al. v. BMW of North America, et al.* (S.D.N.Y.) (resulted in nationwide settlement). He also represented plaintiffs in an ERISA class action concerning misclassification of insurance agents, which resulted in a jury verdict in favor of the plaintiffs that was confirmed by the Court. *Jammal, et al. v. American Family Ins. Group, et al.* (N.D. Ohio).

Mr. Prom has demonstrated a commitment to serving underrepresented communities, volunteering as a mentor for high school students at the Legal Prep Charter Academy, a free, open-enrollment public high school in the West Garfield Park neighborhood of Chicago. He is a graduate of Marquette University in Milwaukee, Wisconsin, where he was a Burke Scholar, and The University of Texas School of Law where he earned National Order of the Barristers distinction.

## Additional Members of the Firm

Our attorneys have the ability to successfully try cases across the spectrum of complex commercial litigation, financial fraud and securities litigation, public litigation, class actions, defective drug and device cases, catastrophic injuries, and other areas of law.  By bringing together top plaintiffs' attorneys in our Chicago and Cleveland offices, we strive to obtain justice for our clients across the United States and around the world who have experienced significant injuries at the hands of powerful defendants.

If selected, while Adam Levitt, Greg Gutzler, John Tangren, Amy Keller, Mark Abramowitz, Daniel Ferri, and Adam Prom will be principally assigned to provide services to the State, DLC boasts an impressive roster of attorneys.

---



**Mark A. DiCello**
Partner

EDUCATION
Cleveland-Marshall College of
Law, J.D.

University of Dayton, B.A.

*One of the nation's leading plaintiffs' attorneys, Mark regularly acts as lead and co-lead counsel in major personal injury and mass tort actions, with substantial recoveries for victims of injustice.*

Mark DiCello has established a national practice representing victims ranging from individuals suffering catastrophic personal injuries to classes of plaintiffs affected by harmful medical devices, pharmaceutical products, chemicals, and automobiles.  In recent years, he has been appointed co-lead counsel in massive multidistrict litigation involving defective pelvic mesh devices and was appointed to a plaintiffs' committee in a products liability litigation over metal hip implants, which ultimately led to over $12 billion in settlements. Always seeking to improve his craft, he has completed the curriculum of the Trial Lawyers College.

Mr. DiCello holds leadership positions in the Association of Plaintiffs' Interstate Trucking Lawyers of America, as well as The National Trial Lawyers.

**PRACTICE AREAS**
- Medical Malpractice
- Products Liability
- Personal Injury
- Mass Tort
- Class Action
- Wrongful Death

**ADMISSIONS**
- United States Supreme Court
- United States Court of Appeals for the Sixth Circuit
- United States District Courts for the Northern and Southern Districts of Ohio
- Ohio, New York

---



**James S. Casey**
Partner

EDUCATION
University of Akron School of Law,
J.D.

Bowling Green State University,
B.S.

*James is a trial lawyer with a passion for representing victims of medical malpractice and other injured parties.*

A natural trial lawyer, Mr. Casey has spent the majority of his career representing victims of medical malpractice. Cumulatively, he has recovered more than $500 million for his clients, participating in 25 verdicts of more than $1 million and three of more than $10 million.

Mr. Casey has cumulatively recovered more than $55 million representing the families of infants injured at birth and earned a jury verdict of $10 million for a single plaintiff paralyzed during spine surgery.  In addition to representing individual plaintiffs, Mr. Casey previously represented hospitals and institutions.



**Kenneth P. Abbarno**
Partner

EDUCATION
Cleveland-Marshall College of
Law, J.D.

Canisius College, B.A.

*Kenneth has led multiple million-dollar trials involving medical malpractice, products liability, and transportation claims.*

Mr. Abbarno's practice includes a wide range of civil litigation including, but not limited to, catastrophic injury cases, transportation industry litigation, toxic torts, products liability, professional liability, employer intentional tort, and other complex litigation. He has tried well over 50 civil lawsuits, and has handled cases in Ohio, Pennsylvania, West Virginia, Virginia, Kentucky, Indiana and New York.

Selected as an Ohio SuperLawyer every year since 2010, Mr. Abbarno is also an Inside Business Leading Lawyer, rated by The Best Lawyers in America, and named Transportation Lawyer of the Year in Cleveland. He has a Superb Avvo rating of 10 out of 10.



**Robert F. DiCello**
Partner

EDUCATION
Cleveland-Marshall College of
Law, J.D.

Northwestern University, M.A.

University of Dayton, B.A.

*A powerful storyteller and trial lawyer, Robert has earned multi-million-dollar recoveries for victims of police abuse, catastrophically injured people, and class plaintiffs.*

Mr. DiCello has extensive experience advocating for clients in mass tort and class action litigation, in addition to maintaining a growing practice focused on curbing police misconduct, government abuse, and catastrophic injury. He represents victims of police abuse around the country, earning jury verdicts of $22 million in 2016, and $8.7 million in 2017, for various cases involving police misconduct. A powerful storyteller before juries, he also frequently represents clients before appellate courts.

Working in the largest prosecutor's office in the country out of law school—the Cuyahoga County Prosecutor's Office—Mr. DiCello rose to manage as many as eight prosecutors in four different courts. During that time, he tried more than 40 jury trials, involving major felonies from financial crimes to violent crimes to drug offenses.

He received a master's degree in music from Northwestern University, and his law degree from Cleveland-Marshall College of Law, where he served as Editor-in-Chief of *The Cleveland State Law Review*. In 2014, he attended and completed the curriculum of the Trial Lawyer's College. He was named an Ohio SuperLawyer in 2017 for his Civil Rights work.

**Chris Stombaugh**
Partner

EDUCATION
Drake University School of Law,
J.D., *with honors*

University of Wisconsin, B.A.

*Chris utilizes a multidisciplinary approach to trial advocacy through the use of cognitive neuroscience.*

Mr. Stombaugh concentrates his practice in the areas of personal injury, wrongful death, medical negligence and product liability. He has been a consistent thought leader on applying cognitive neuroscience techniques to trial advocacy as a trial lawyer and as a frequent instructor to other trial lawyers trial lawyers for most of his 25-year career.

His expertise has led to several record setting jury verdicts, often seven and eight figures. The Wisconsin native's professional passion is to empower deserving people to have their stories heard and cared about by juries in courtrooms across America.

A member of the Wisconsin Association for Justice since 1997, Mr. Stombaugh served as the organization's President for the 2014 term. He is also a member of the Iowa Association for Justice as well as the American Association for Justice. He has been chosen as a Wisconsin SuperLawyer every year since 2010 and has a 10/10 Avvo Rating. Stombaugh speaks regularly to state bar and trial lawyer associations nationwide on modern and effective trial advocacy.



**Laura Reasons**
Senior Counsel

EDUCATION
Chicago-Kent College of Law, J.D.
*Order of the Coif*

Washington University in St. Louis, B.A.

*Laura has over a decade of experience as a labor and employment attorney in matters ranging from workplace discrimination matters to counseling on compliance and best practices.*

Previously representing companies in collective and class action lawsuits under the Fair Labor Standards Act and state wage and hour laws, Ms. Reasons' experience spans multiple industries, including healthcare and hospitality. Now, as a plaintiffs' attorney, Ms. Reasons' experience has given her a unique perspective that translates well into pursuing justice for individual claimants.

Before joining private practice, Ms. Reasons served as a judicial extern to the Honorable George W. Lindberg of the Northern District of Illinois. She also has a history of performing pro bono work and community service. Throughout her career, she has served as a Public Interest Law Initiative (PILI) fellow at Domestic Violence Legal Clinic, having previously served on the organization's young professionals board. She has also represented individuals in immigration cases pro bono, including asylum seekers who were persecuted in their home countries for their sexual orientation and political party affiliation, DACA applicants, and incarcerated individuals.



**Justin J. Hawal**
Associate

EMAIL:
jhawal@dlcfirm.com

EDUCATION
Cleveland-Marshall School of Law, J.D., *cum laude*

St. Louis University, B.A.

*Justin fights for individuals who have suffered harm from negligence, defective products, and civil rights abuses.*

Mr. Hawal brings a passion for justice to his work on behalf of victims of corporate and government wrongdoing. His work has spanned personal injury, product liability, and civil rights litigation. He has particular experience in cases involving defendants in the pharmaceutical and automotive industries.

During law school, Justin was selected to join *The Cleveland State Law Review* and published a scholarly article on independent tort actions for spoliation of evidence under Ohio law. As an active member of the civil litigation clinic, he represented an asylum-seeking immigrant from Honduras, among other clients.

PRACTICE AREAS
- Civil Rights
- Medical Malpractice
- Medical Device Litigation
- Personal Injury Litigation
- Product Liability

ADMISSIONS
- United States Court of Appeals for the Sixth Circuit
- United States District Courts for the Northern and Southern Districts of Ohio, and the Western District of Pennsylvania
- Ohio

**Tiffany R. Wunderlin**
Associate

EDUCATION
University of South Dakota School
of Law, J.D.

Saint Mary's University of
Minnesota, B.A.

***Tiffany is a committed advocate, representing injured individuals in cases across the country.***

Since coming to the private sector, Ms. Wunderlin has established a nationwide practice representing victims of injustice.  She has developed a wide array of experience representing victims of car collisions, trucking collisions, medical malpractice, dog-bites, excessive force, and premises liability both at the trial court and appellate court level.    In addition to representing victims in the courtroom, Ms. Wunderlin has worked extensively in the area of legal focus groups, having planned and coordinated more than 100 focus groups.

Dual licensed in Wisconsin and Iowa, Tiffany began her legal career with Iowa Legal Aid where she represented clients who would have nowhere else to turn in cases involving their basic necessities, fundamental rights, and safety.

Tiffany is a member of the Wisconsin Association for Justice.  She is committed to using her passion and knowledge of the law to zealously represent her clients who have suffered injuries as a result of the carelessness of others.



**Robert J. DiCello**
Of Counsel

EDUCATION
Cleveland-Marshall College of
Law, J.D.

John Carroll University, B.A., *cum laude*

***Robert has been one of the leading personal injury and class action attorneys in the state of Ohio for the last four decades.***

A co-founder of one of DiCello Levitt & Casey's predecessor firms, Mr. DiCello has amassed more than 45 years of professional experience and an extensive list of seven- and eight-figure recoveries for victims of injustice.  He has deep experience in a wide range of class actions, personal injury cases, complex mass torts, and probate matters. Over his long and successful career, he has won multiple appeals before the Ohio Supreme Court.

Robert put himself through Cleveland-Marshall College of Law while working as a safety director at U.S. Steel Corp.  While in law school, he was selected to join *The Cleveland-Marshall Law Review*.  He began his legal career as an assistant prosecutor in the Lake County Prosecutor's Office and later become President of the Lake County Bar Association.  He formed his own firm in 1978, managing it with great success over nearly 40 years until its members founded DiCello Levitt & Casey.



**Leo J. Clark, M.D.**
Of Counsel

EDUCATION
University of Toledo College of
Law, J.D.

George Washington University
School of Medicine, M.D.

*An accomplished neurosurgeon in addition to being a lawyer, Dr. Leo Clark lends an invaluable perspective to cases involving brain and spinal injuries.*

Dr. Clark maintains active practices as both a medical doctor and lawyer, treating vulnerable individuals with brain and spinal cord injuries in both the hospital and courtroom settings. His experience as a highly-respected neurosurgeon adds a unique and invaluable dimension to his legal representation of those who have suffered catastrophic injuries and paralysis as result of medical malpractice, truck or car accidents, police misconduct, and other misfortune. He also advises and serves as an expert witness for attorneys across the country, who regularly seek his assistance in cases involving brain and spinal injuries.

Leo performed his neurosurgical residency at Yale University, where he later conducted spinal cord research and held a teaching position at the Yale University School of Medicine. He has also taught at the University of Connecticut and New York University. He later chaired the departments of neurosurgery at St. Vincent Mercy Medical Center and St. Luke's Hospital in Toledo, Ohio.