# EXHIBIT H

*Smith, et al. v. Silverstar, et al.*, Case
No. 2:18-cv-10501-DML-RSW

FEB 1 9 2019

### CONSENT TO JOIN FORM

1. I Consent to be a party plaintiff in a lawsuit against Defendants Silverstar Delivery, Ltd. ("Silverstar") and Amazon.com, LLC and Amazon.com Services, Inc. ("Amazon") and/or related entities in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate DiCello Levitt & Casey LLC and other attorneys with whom they associate to make decisions on my behalf concerning the litigation. I agree to be bound by any adjudication of this action by the Court, or by any settlement, whether it is favorable or unfavorable.

Date: 2-19-19

Signature: _/s/_

Print Name: Leon Vang

SVS 014