# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **AARON SMITH**, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>**SILVERSTAR DELIVERY, LTD., AMAZON.COM, LLC**, and **AMAZON.COM SERVICES, INC.**,<br><br>    Defendants. | Case No. 2:18-cv-10501-DML-RSW<br><br>Hon. David M. Lawson<br>Magistrate Judge R. Steven Whalen |

### PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBITS A-F OF NOTICE OF FILING CONSENTS TO JOIN (DOCKET NO. 37)

Pursuant to Local Rule 5.3 and Fed. R. Civ. P. 5.2, Plaintiff Aaron Smith, on behalf of himself and others similarly situated, hereby moves the Court to seal Exhibits A-F of Notice of Filing Consents to Join (Dkt. No. 37). The consent to join forms filed as Exhibits A-F to Docket No. 37 were inadvertently filed with unredacted personally identifying information, which should have been redacted or sealed in the first instance. Pursuant to Local Rule 5.3 and Fed. R. Civ. P. 5.2, Plaintiff requests that this information be sealed to protect the privacy of the opt-in Plaintiffs.

The undersigned counsel contacted counsel for all Defendants, who indicated that there is no opposition to this Motion.

Dated this 11th day of June 2019.

/s/ Laura E. Reasons
Amy E. Keller (No. P74015)
Laura E. Reasons
**DiCello Levitt Gutzler LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

1

Fax: (312) 253-1443
akeller@dicellolevitt.com
lreasons@dicellolevitt.com

Kenneth P. Abbarno
Mark M. Abramowitz
**DiCello Levitt Gutzler LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: (440) 953-8888
Fax: (440) 953-9138
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 11, 2019, a copy of the foregoing document was filed electronically through the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Laura E. Reasons*
Laura E. Reasons
**DICELLO LEVITT GUTZLER LLC**